Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Michael A. McGilbra

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL A. MCGILBRA, | Case No.: 2:12-cv-00794-JCM -CWH |
| Plaintiff, | SCHEDULING ORDER IN A SOCIAL SECURITY CASE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CARL W. HOFFMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

This case involves judicial review under the Social Security Act, 42 U.S.C. § 405(g), of an administrative action by the Commissioner of Social Security. The parties, to the best of their knowledge, state that the administrative record filed by defendant on July 27, 2012 is complete and accurate and that neither party intends to submit additional evidence.

-1-

1     The parties respectfully request the following briefing schedule:

2     A. Plaintiff's motion for reversal and/or remand due: October 5, 2012

3     B. Defendant's response/opposition brief due: November 5, 2012

4     C. Plaintiff's reply brief (if any) due: November 19, 2012

5 The parties waive oral argument and the case shall stand submitted unless

6 argument is ordered by the Court or requested pursuant to Local Rule 78-2, by one

7 of the parties within ten (10) days following the filing of the last document

8 required by this Court. It shall be at the Court's discretion whether oral argument is

9 granted.

10 DATE: September 10, 2012    Respectfully submitted,

11

12                 LAW OFFICES OF LAWRENCE D. ROHLFING

13                       /s/ *Marc V. Kalagian*

        BY:_____

14                 Marc V. Kalagian

                Attorney for plaintiff MICHAEL A. MCGILBRA

15

16

17

18

19

20

21

22

23

24

25

26

-2-

1  CERTIFICATE OF SERVICE
2  **FOR CASE NUMBER 2:12-CV-00794-JCM -CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 11, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Marc V. Kalagian
_____
Marc V. Kalagian
Attorneys for Plaintiff
_____

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____

-3-