# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL A. MCGILBRA, )
                      Plaintiff, )   Case No. 2:12-cv-00794-JCM-CWH
)
vs. )   **ORDER**
)
MICHAEL J. ASTRUE, COMMISSIONER OF )
SOCIAL SECURITY ADMINISTRATION, )
)
                      Defendant. )

      Attorney Marc Kalagian has made an appearance on behalf of Plaintiff.  Based on the information before the Court, it appears that Mr. Kalagian is a Nevada licensed attorney who does not maintain an office in Nevada.  Pursuant to LR IA 10-1(b), a Nevada licensed attorney who does not maintain an office in Nevada "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served."  Mr. Kalagian shall have until **Monday, October 1, 2012** to comply with LR IA 10-1(b).

      **IT IS SO ORDERED.**

_____
C.W. Hoffman, Jr.
United States Magistrate Judge
Dated: September 14, 2012